# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

TODD ALLEN SHERWOOD,        )
                                          )
      Petitioner,              )
                                          )
v.                                 )
                                        )       **4:13-cv-39**
STATE OF GEORGIA,           )
                                          )
      Respondent.           )
                                          )

## ORDER

Before the Court are Todd Sherwood's motion to dismiss charges, ECF No. 7, the Magistrate Judge's Report and Recommendation ("R&R") advising the Court to dismiss Sherwood's 28 U.S.C. § 2254 petition, ECF No. 3, and Sherwood's motion for extension of time to object to the R&R. ECF No. 6. After a de novo review of the record, the Court concurs with the Magistrate Judge and therefore **ADOPTS** the R&R—to which no objections have been filed—as the opinion of the Court. Sherwood's petition is **DISMISSED** for the reasons contained in the R&R. Because Sherwood has had over six months to submit objections to the R&R since filing his request for an extension of time, that motion is **DENIED**. And Sherwood's motion to dismiss all charges against him is **DENIED AS MOOT**.

The _/_ day of October, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA